*Wednesday, January 16, 2002*

# MERIT DOCKET

**01–1975. State ex rel. Cunningham v. State.**
In Mandamus. On answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1989. State ex rel. Dougherty v. Stark–Tuscarawas–Wayne Joint Solid Waste Mgt. Dist.**
In Mandamus. On answer of respondents Board of Commissioners of Wayne County, Cheryl Noah, Mark Sheppard, et al., motion to dismiss of the Board of Commissioners of Tuscarawas County, and motion to dismiss of Stark–Tuscarawas–Wayne Joint Solid Waste Management District. Motions to dismiss sustained. Cause dismissed.
MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.
DOUGLAS, J., dissents and would grant an alternative writ.

**01–2020. State ex rel. Cochran v. Blackwell.**
In Mandamus and Prohibition. On answer of respondent and motion for judgment on pleadings. On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–2023. State ex rel. Baker v. Bertram.**
In Mandamas. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–2030. In re Franz.**
Certified State Law Question, No. 0115622. On review of preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6). The United States Bankruptcy Court, Northern District of Ohio, Eastern Division, certified the following questions to this court:
"1. Did the inclusion of Ohio Revised Code § 5301.234 in House Bill No. 163 of the 123d General Assembly violate the single subject provision of Article II, § 15(D) of the Ohio Constitution?
"2. Did the adoption of Ohio Revised Code § 5301.234 violate Article IV, § 5(B) of the Ohio Constitution?"
The court declines to answer the above questions. This cause is therefore dismissed.
DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.
MOYER, C.J., and RESNICK, J., dissent.

**01–2038. State ex rel. Ledger v. Nelson.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–2045. State ex rel. Johns v. Nurre.**
In Mandamus and Prohibition. On motion to dismiss and memorandum in support of motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, COOK and LUNDBERG STRATTON, JJ., concur.
F.E. SWEENEY and PFEIFER, JJ., dissent and would grant an alternative writ.

**01–2054. State ex rel. Commt. for the Referendum of Ordinance No. 3621–00 v. White.**
In Mandamus. On motion for issuance of peremptory writ, answer of respondent, motion for leave to intervene of Sunrise Development Co., and motion to dismiss. On S.Ct.Prac.R. X(5) determination, cause dismissed, and all other motions denied as moot.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.
PFEIFER, J., concurs except that he would grant the motion for leave to intervene.